United States District Court
For the District of Connecticut
Pro-se Prisoner Civil Rights Complaint

Case No.

PLAINTIFF:

Steven J Hayes #97425
Northern Corr. Inst.
Connecticut

VS

DEFENDENTS:

① Rev. Anthony Bruno
Director of Religious Services
CT Dept of Corr.

② Edward Maldonado
Warden
Northern Corr. Inst.

③ Angel Quiros
District Warden
CT Dept of Corr.

④ John & Jane Doe Defendents.
All members of the Religious
Review Committee
CT. Dept. Of Corr.

(1)

① I can bring my complaint in Federal court because I am suing CT State Employees for violating my 1st Amendment Right (Denial of Kosher Diet), 8th Amendment Right (Cruel and unusual Punishment) under 42 U.S.C. Sec. 1983.

② I am also asserting a claim under Religious Land Use and Institutionalized Persons Act, 42 U.S.C. Sec 2000cc et seq (2006), since the following applies:

Ⓐ In 2013, according to the DOC Budget Summary, DOC recieved in excess of 2.5 million dollars in Federal Funds.

Ⓑ In 2014, according to the DOC Budget Summary, DOC recieved in excess of 3 million dollars in Federal Funds.

Ⓒ If State Governments accept Federal Funds for correctional programs, they must satisfy the compelling interest / least restrictive means standard to justify placing substantial burdens on prisioner's religious exercise. 42 U.S.C. 2000cc-1

## Previous Lawsuits

Ⓐ Hayes v Tung et al, 3:99-cv-1902 (JBA)
Ⓑ Filed in New Haven, 9.24.99
Ⓒ Deliberate indifference to a medical condition
Ⓓ Case was settled thru arbitration (2002?)

Ⓐ Hayes v Arnone et al, 3:12-cv-1697 (MPS)
Ⓑ Filed in Hartford, 11.30.12
Ⓒ Conditions of Confinement
Ⓓ Voluntarily dismissed without prejudice, 8.12.14

## NATURE OF CASE

This is a denial of religious freedom case where the named defendents have been denying a Kosher diet I have been requesting since approximately May of 2013. As an Orthodox praticing Jew I am entitled to a Kosher diet that follow the Jewish dietary laws of Kashrut. I assert that the Common Fare diet program, offered by DOC, does not adhere to the laws of Kashrut since <u>all</u> meals, regular Fare and Common Fare, are prepared in the <u>same</u> kitchens and use the <u>same</u> pots, pans, utensils, prep surfaces, washing/storage units, cooking appliences ect... The kitchens themselves do <u>not</u> have an Orthodox Kosher certificate or a Jewish overseer to maintain strict kosher storage, prep and cooking standards. The Northen Kitchen even stated Common Fare is "Kosher like". Kosher like is not Kosher.

This continuous denial of a Kosher diet is a clear violation of my 1st Amendment right to freely practice my religion of choice, Judaism. Judaism is reconized by CT DOC and Orthodox Kosher meals have consistantly been ordered by Federal Courts in cases brought against Corrections nationwide for failure to provide them.

This is also a violation of my 8th Amendment right of (Cruel and Unusal Punishment) since the denial of the Kosher diet forces me to eat non-Kosher food in order to survive (food is a basic need). I have also experienced "secondary" weight loss due to refraining from eating non-Kosher products. By refraining from eating non-Kosher products my weight loss is accelerated since I also suffer a metabolic allergy to soy and my acceptable food choices are severely limited. I have been suffering almost starvation for the past year.

## STATEMENT OF FACTS

① In January 2013 I signed up for Judaism after I learned that Rabbi

Schectman was in fact comming to NCI to preform services. Prior to this I was following the philophosy of Taoism since I was told no Rabbi came to Northern. I had last practiced Judaism with Rabbi Schectman @ Somers CI in the mid to late 90's.

② In May 2013 I began to write for a Kosher diet to the kitchen. I was told to write Rev. Anthony Bruno. I did and Rev. Bruno denied a Kosher diet. (I requested a comprimised cold Kosher diet)

③ On 6-18-13 I filed a grievance on the denial of a comprimised Kosher diet.

④ On 6-25-13 I re-wrote Reverend Anthony Bruno explaining why common fare was not Kosher. He wrote me back on 7-1-13 stating my diet request would be reviewed by the Religious Review Committee and this process could take several weeks.

⑤ On 7-31-13 Warden Maldonado denied my grievance for Kosher diet. I appealed to Level II on 8-5-13.

⑥ On 8-13-13 District Warden Angel Quiros denied my Level II grievance. (Exausting my grievance process).

⑦ On 8-26-13 I wrote Rev Anthony Bruno again notifing him on the Non-Kosher status of the Kitchen and the improper denial of my grievance. On 8-30-13 I recieved a form letter due to his absence and never recieved a response from Rev Bruno as the form letter stated.

⑧ 9 months later on 5-20-14 I wrote Rev Bruno telling him it had been almost 1 year and I never heard a response from the Religious Review Committee. 1 Year is not "several weeks". He responded on 6-9-14 stating I would be recieving a response "shortly". As of 8-15-14 I recieved no response.

⑨ I have not been able to learn who are the members of this Religious Review Committee.

(2)

## SUMMARY OF COMPLAINT

(A) I am requesting trial by judge in this action.

(B) @ This time I still have no kosher diet. I am forced to eat non-kosher food or slowly starve from hunger.

(C) Some food offered in the commissary is questionable. Food on the commissary list, marked with a "K" for kosher, has no "Hekhshers" (a symbol signifying kosher). Some foods with no "K" actually contain kosher ingredients. This confusion makes staying kosher extremely difficult.

(D) Considering all facts stated here-in, CT Dept of Corr is not respecting the true standards of kosher or the Jewish faith.

## REQUEST FOR RELIEF

### INJUNCTIVE RELIEF:

① To have CT Dept of Corr begin providing pre-packaged kosher meals to all Jewish prisoners housed in CT Prisons.

② To have the Dept of Justice investigate and oversee the kosher meal program in CT Prisons.

### DECLARATORY JUDGEMENT:

① This judgement is needed to insure future compliance with any favorable rulings in this action.

### PUNITIVE/COMPENSATORY DAMAGES:

① In the amount of $15,000 due to the intentional infliction of pain, suffering and resulting weight loss from the deliberate denial of a kosher diet. This supports actual physical injury as well as emotional injury.

### Declaration under Penalty of Perjury

By the signing of this complaint, I certify under the penalty of perjury that all the facts contained here-in are true and accurate to the best of my knowledge and that if I lie I

can be punished under 18 U.S.C. Section 1621, 3571.

Steven J Hayes #97425
STEVEN J HAYES
NORTHERN CORR INST
Somers, CT 06071

DATE: August 17, 2014

CERTIFICATION

I here-by certify that a copy of this 6 page complaint was sent to the Attorney Generals office via the NCI/DOC E-File System.

Steven J Hayes