HAYES                                    CASE NO.

V

BRUNO ET AL                    DATE: AUGUST 17, 2014

MOTION TO PROCEED IN FORMA PAUPERIS

I STEVEN J. HAYES, STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE FILING FEE IN THE ABOVE CAPTIONED CASE. I THEREFORE REQUEST PERMISSION TO FILE MY COMPLAINT WITHOUT PRE-PAYMENT OF THE FILING FEE AND TO PROCEED IN FORMA PAUPERIS.

I UNDERSTAND I CANNOT FILE FOR FREE. I REALIZE IF THE COURT ALLOWS ME TO PROCEED IN FORMA PAUPERIS I WILL HAVE TO PAY THE FULL FILING FEE THRU INSTALLMENTS DEDUCTED FROM MY INMATE TRUST FUND. THE FOLLOWING FACTS ARE OFFERED IN SUPPORT OF THIS MOTION.

① THE PLAINTIFF RECIEVES COURTESY PAY OF $3.50 PER WEEK. THIS $3.50 IS USED FOR FOOD, CLOTHING, COSMETICS, MAILING EXPENCES. ASIDE FROM THE $3.50 PER WEEK THE PLAINTIFF RECIEVES APPROX $100.00 PER YEAR IN GIFT MONIES. THE PLAINTIFF HAS NO OTHER ASSETS.

② THIS ACTION WAS PART OF A PREVIOUS ACTION, DISMISSED WITHOUT PREJUDICE ON 8.12.14, WHERE THE PLAINTIFF WAS DECLARED INDIGENT AND ALLOWED TO PROCEED IN FORMA PAUPERIS AND NOTHING HAS CHANGED IN MY INDIGENCY STATUS SINCE THE PREVIOUS CASE WAS FILED IN NOVEMBER 2012.

Declaration under Penalty of Perjury

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS CONTAINED IN THIS MOTION ARE TRUE AND ACCURATE.

                                    Steven J Hayes # 97425
                                    STEVEN J HAYES
                                    NORTHERN CORR. INST.