UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEVEN J. HAYES              :        CIVIL NO. 3:14CV01203 (AWT)

    v.                           :

ANTHONY BRUNO, ET AL.        :        OCTOBER 3, 2014

**<u>DEFENDANTS' OBJECTION TO PLAINTIFF'S</u>**
**<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

Defendants, Reverend Anthony Bruno, Warden Edward Maldonado, and District Administrator Angel Quiros, hereby object to Plaintiff's Motion for Preliminary Injunction. In support of their objection, the defendants submit the accompanying memorandum of law along with the following:

1.      Affidavit of Michelle DeVeau;

2.      Affidavit of Rabbi Shaul Praver;

3.      Affidavit of Rabbi Robert Schectman;

4.      Affidavit of  Robert DeVeau;

5.      Affidavit of Michael Bibens;

6.      Affidavit of John DeLuca;

7.      Affidavit of Dr. Johnny Wu;

8.      Affidavit of Dr. Carson Wright;

9.      Administrative Directive 10.8;

10.     Department of Correction 4 Cycle Menu.

WHEREFORE, it is respectfully requested that Defendants' Objection to Plaintiff's

Motion for Temporary Restraining Order be sustained.


DEFENDANTS
Anthony Bruno, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL



BY:   /s/ Madeline A. Melchionne
      Madeline A. Melchionne
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Tel.:  (860) 808-5450
      Fax:  (860) 808-5591
      E-mail:  madeline.melchionne@ct.gov
      Federal Bar No. #ct02029



BY:   /s/ Steven R. Strom
      Steven R. Strom
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Tel.:  (860) 808-5450
      Fax:  (860) 808-5591
      E-mail:  steven.strom@ct.gov
      Federal Bar No. #ct01211

## CERTIFICATION

I hereby certify that on October 3, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy was also sent to the following by regular mail to:

> Steven J. Hayes, Inmate #97425
> Northern Correctional Institution
> 287 Bilton Road
> P.O. Box 665
> Somers, CT 06071

                                          /s/ Steven R. Strom_____
                                         Steven R. Strom
                                         Assistant Attorney General