**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and seventeen.

Before:    Ralph K. Winter,
                *Circuit Judge.*

_____

Steven J. Hayes,

      Plaintiff - Appellant,

v.

Anthony Bruno, O/I, Rev., Director of Religious Services, Edward Maldonado, O/I, Warden (NCI), Angel Quiros, Karl Lewis, O/I, Acting Director Programs and Treatment, Monica Rinaldi, O/I, Deputy Commissioner of Operations, Michael Bibens, O/I, Chief of Food Services,

      Defendant – Appellees.

_____

**ORDER**

Docket No. 16-1016

Appellant, pro se, moves for a 60-day extension to file his principal brief and appendix.

IT IS HEREBY ORDERED that an extension until July 12, 2017 is granted. Appellant must understand that this cannot remain pending indefinitely. However, the appeal is dismissed effective July 12, 2017 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/07/2017